AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

EDWARD MARTINEZ,

       Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

       CASE NUMBER:  **3:10-00377-RCJ-VPC**

GMAC, INC., U.S. BANK NATIONAL ASSOC. as Trustee, U.S. BANCORP, and DOES 1-X,

       Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' Motion to Dismiss [6] is DENIED AS MOOT. This case is dismissed based on lack of jurisdiction.

| | |
|---|---|
| October 22, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/   M. Campbell |
| | Deputy Clerk |